1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JILL M. THAYER, State Bar No. 166428
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5954
    Fax:  (415) 703-1234
8   Email:  Jill.Thayer@doj.ca.gov

9  Attorneys for Respondent

10

11             IN THE UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                     SAN JOSE DIVISION

14
   | | |
   |---|---|
   | **VANCE RIDER,** | C 08-0235 RMW (PR) |
   | Petitioner, | **APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER** |
   | **v.** | |
   | **BEN CURRY, Warden,** | |
   | Respondent. | |

15

16

17

18

19

20

21          For the reasons stated in the accompanying declaration of counsel, respondent hereby

22  requests a 60-day extension of time until August 29, 2008, in which to file the answer to the

23  petition for writ of habeas corpus in this case.  As explained in the declaration, counsel is unable

24  to meet the current deadline due to work on previously assigned cases.  A stipulation has not

25  been sought because petitioner is an incarcerated state prisoner who is representing himself.

26

27

28

Application for Extension of Time                                    Rider v. Curry, Warden
                                                                     C 08-0235 RMW (PR)

1

1       WHEREFORE, respondent respectfully requests this Court to grant an extension of

2 time to and including August 29, 2008.

3       Dated:  June 19, 2008

4                       Respectfully submitted,

5                       EDMUND G. BROWN JR.
                      Attorney General of the State of California

6                       DANE R. GILLETTE
                      Chief Assistant Attorney General

7

8                       GERALD A. ENGLER
                      Senior Assistant Attorney General

9                       PEGGY S. RUFFRA
                      Supervising Deputy Attorney General

10

11

12                       /s/ Jill M. Thayer
                      JILL M. THAYER

13                       Deputy Attorney General
                      Attorneys for Respondent

14

15

16 20118052.wpd

    SF2008401602

17

18

19

20

21

22

23

24

25

26

27

28

Application for Extension of Time                              Rider v. Curry, Warden
                                                  C 08-0235 RMW (PR)

1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | JILL M. THAYER, State Bar No. 166428
Deputy Attorney General
6 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
7 | Telephone:  (415) 703-5954
Fax:  (415) 703-1234
8 | Email:  Jill.Thayer@doj.ca.gov

9 | Attorneys for Respondent

10

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | SAN JOSE DIVISION

14

15 | **VANCE RIDER,**                                        C 08-0235 RMW (PR)

16 |                                    Petitioner,          **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER**

17 |                    **v.**

18 | **BEN CURRY, Warden,**

19 |                                    Respondent.

20

21 |         I, JILL M. THAYER, declare under penalty of perjury as follows:

22 |         I am a Deputy Attorney General for the State of California and am presently assigned

23 | to represent respondent in this habeas corpus action.

24 |         Petitioner is a state prisoner currently incarcerated at the California Correctional

25 | Training Facility in Soledad, California.  Petitioner is serving a sentence of 25 years to life based

26 | a conviction for failure to register as a sex offender with five prior strike convictions.

27 |         By an Order to Show Cause filed on April 29, 2008, this Court ordered respondent to

28 | file an answer on or before June 30, 2008.  I am unable to meet the current deadline for filing the

Decl. of Counsel in Supp. of App. for Ext. of Time to File Answer                    Rider v. Curry, Warden
                                                                                                                                C 08-0235 RMW (PR)

1

1  answer because of my work on previously assigned cases.  In the past 30 days, I have filed two

2  answers to orders to show cause and one motion to dismiss in previously assigned cases.

3          I have not attempted to contact petitioner, who is representing himself in this

4  proceeding, because he is incarcerated and cannot be conveniently reached.  I have obtained the

5  state appellate record in the present case.

6          Wherefore, I respectfully request that this Court grant respondent an additional 60

7  days, to and including August 29, 2008, to file an answer in this case.

8          Executed at San Francisco, California, on June 19, 2008.

9

10                                    /s/ Jill M. Thayer
                                  JILL M. THAYER
                                  Deputy Attorney General

11

12  20118053.wpd
    SF2008401602

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8        IN THE UNITED STATES DISTRICT COURT
9        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10       SAN JOSE DIVISION

11

**VANCE RIDER,**                                 C 08-0235 RMW (PR)

                                    Petitioner,    **[PROPOSED] ORDER**

              **v.**

**BEN CURRY, Warden,**

                                    Respondent.

17

18        GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until

19   August 29, 2008, to file an answer to the petition for writ of habeas corpus.  Petitioner may file a

20   traverse within 30 days of his receipt of the answer.

21

22   Dated: _____          _____
                                                         The Honorable Ronald M. Whyte
23

24

25

26

27

28

[Proposed] Order                                                    Rider v. Curry, Warden
                                                                    Case No. C 08-0235 RMW (PR)

1

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Rider v. Curry, Warden**

No.:    **C 08-0235 RMW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004.

On June 19, 2008, I served the attached

**APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER**

**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER**

**[PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Vance Rider
T 44920
California Correctional Training Facility
P.O. Box 689
Soledad, CA 93960

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 19, 2008, at San Francisco, California.

|  |  |
|---|---|
| S. Agustin | /s/ S. Agustin |
| Declarant | Signature |

20118093.wpd