E-FILED 7/9/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **VANCE RIDER,** | C 08-0235 RMW (PR) |
| Petitioner, | XXXXXXXXXXX ] **ORDER** |
| v. | |
| **BEN CURRY, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until August 29, 2008, to file an answer to the petition for writ of habeas corpus. Petitioner may file a traverse within 30 days of his receipt of the answer.

Dated: 7/9/08 _____     /s/ Ronald M. Whyte
                                                     The Honorable Ronald M. Whyte