```
 1  EDMUND G. BROWN JR.
    Attorney General of the State of California
 2  DANE R. GILLETTE
    Chief Assistant Attorney General
 3  GERALD A. ENGLER
    Senior Assistant Attorney General
 4  PEGGY S. RUFFRA
    Supervising Deputy Attorney General
 5  JILL M. THAYER, State Bar No. 166428
    Deputy Attorney General
 6   455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
 7   Telephone:  (415) 703-5954
     Fax:  (415) 703-1234
 8   Email:  Jill.Thayer@doj.ca.gov

 9  Attorneys for Respondent
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **VANCE RIDER,**<br><br>                                     Petitioner,<br><br>    v.<br><br>**BEN CURRY, Warden,**<br><br>                                     Respondent. | C 08-0235 RMW (PR)<br><br>**INDEX OF EXHIBITS LODGED IN SUPPORT OF ANSWER** |

| | | |
|---|---|---|
| Exhibit 1 | State Court Clerk's Transcript (2 vols.) |
| Exhibit 2 | State Court Reporter's Transcript (11 vols.) |
| Exhibit 3 | Appellant's Opening Brief, No. A097996 |
| Exhibit 4 | Respondent's Motion to Augment the Appellate Record, No. A097996 |
| Exhibit 5 | Order Granting Respondent's Motion to Augment Record, No. A097996 |
| Exhibit 6 | Respondent's Brief, No. A097996 |
| Exhibit 7 | Appellant's Reply Brief, No. A097996 |

| | | |
|---|---|---|
| 1 | Exhibit 8 | Unpublished Opinion of the California Court of Appeal, First Appellate District, No. A097996, filed September 17, 2003 |
| 2 | | |
| 3 | Exhibit 9 | Petition for Rehearing, No. A097996 |
| 4 | Exhibit 10 | Denial of Petition for Rehearing, No. A097996 |
| 5 | Exhibit 11 | Petition for Review, No. S120014 |
| 6 | Exhibit 12 | Order Granting Petition for Review, No. S120014 |
| 7 | Exhibit 13 | Order Transferring Matter to California Court of Appeal, No. S120014 |
| 8 | Exhibit 14 | Appellant's Brief on Remand, No. A097996 |
| 9 | Exhibit 15 | Appellant's Application for Augmentation of Record, No. A097996 |
| 10 | Exhibit 16 | Order Granting Application for Augmentation of Record, No. A097996 |
| 11 | Exhibit 17 | Unpublished Opinion of the California Court of Appeal, First Appellate District, No. A097996, filed December 9, 2005 |
| 12 | | |
| 13 | Exhibit 18 | Petition for Rehearing, No. A097996 |
| 14 | Exhibit 19 | Denial of Petition for Rehearing, No. A097996 |
| 15 | Exhibit 20 | Petition for Review, No. S140474 |
| 16 | Exhibit 21 | Answer to Petition for Review, No. S140474 |
| 17 | Exhibit 22 | Order Granting Review and Transferring Matter to California Court of Appeal, No. S140474 |
| 18 | | |
| 19 | Exhibit 23 | Unpublished Opinion of the California Court of Appeal, First Appellate District, No. A097996, filed June 28, 2006 |
| 20 | | |
| 21 | Exhibit 24 | Petition for Review, No. S145664 |
| 22 | Exhibit 25 | Denial of Petition for Review, No. S145664 |

Index of Exhibits                                                    Rider v. Curry, Warden
                                                                     C 08-0235 RMW (PR)

1  Dated: August 15, 2008

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
   Attorney General of the State of California

4  DANE R. GILLETTE
   Chief Assistant Attorney General

5  GERALD A. ENGLER
   Senior Assistant Attorney General

6

7  PEGGY S. RUFFRA
   Supervising Deputy Attorney General

8

9  /s/ Jill M. Thayer
   JILL M. THAYER

10 Deputy Attorney General
   Attorneys for Respondent

20125898.wpd
SF2008401602

| Index of Exhibits | Rider v. Curry, Warden |
| --- | --- |
| | C 08-0235 RMW (PR) |

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Rider v. Curry, Warden**

No.:   **C 08-0235 RMW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 15, 2008</u>, I served the attached

**INDEX OF EXHIBITS LODGED IN SUPPORT OF ANSWER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Vance Rider
T 44920
California Correctional Training Facility
P.O. Box 689
Soledad, CA 93960

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 15, 2008, at San Francisco, California.

|  M. Argarin | /s/ M. Argarin |
|---|---|
| Declarant | Signature |

20131850.wpd