*E-FILED - 3/29/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VANCE RIDER,

        Plaintiff,

vs.

BEN CURRY,

        Defendant.

Case No.  C-08-00235-RMW

ORDER EXTENDING TIME TO APPEAL

    Petitioner's motion to extend the time in which to file a notice of appeal is extended to March 29, 2011.

    Dated: March 29, 2011

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

1 | Copy of Ordered Mailed to:

2 | Vance Rider
T44920
3 | c/o Richard Such
Attorney at Law
4 | 1120 College Avenue (upper)
Palo Alto, CA 94306
5

6 | Jill Marietta Thayer
Attorney General's Office
7 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
8